UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

---

| | |
|---|---|
| Derrick A. Revies, | |
| Plaintiff, | Civ. No.: 15-4234 (ADM/TNL) |
| vs. | STIPULATION OF DISMISSAL OF COMPLAINT |
| City of Minneapolis, | |
| Defendant. | |

---

The City of Minneapolis and Plaintiff, acting by and through their attorneys of record, hereby stipulate that the Court may dismiss Plaintiff's Complaint against Defendant City of Minneapolis *with prejudice* and without costs or fees to any party.

| | |
|---|---|
| Dated: December 18, 2017 | Dated: December 18, 2017 |
| /s/ Zorislav R. Leyderman | |
| ZORISLAV R. LEYDERMAN | SUSAN L. SEGAL |
| Attorney License No. 0391286 | City Attorney |
| The Law Office of Zorislav R. Leyderman | By |
| 222 South 9th Street, Suite 1600 | /s/ Brian S. Carter |
| Minneapolis, MN 55402 | BRIAN CARTER |
| Tel: (612) 876-6626 | Assistant City Attorney |
| Email: zrl@ZRLlaw.com | Attorney Reg. No. 0390613 |
| *Attorney for Plaintiff* | *Attorney for Defendants* |
| | Office of the Minneapolis City Attorney |
| | City Hall, Room 210 |
| | 350 South 5th Street |
| | Minneapolis, MN 55415 |

Telephone: (612) 673-2063
Fax: 612-673-3362
Email:
brian.carter@minneapolismn.gov