UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

Derrick A. Revies,

        Plaintiff,        Civ. No.: 15-4234 (ADM/TNL)

vs.        ORDER OF DISMISSAL OF COMPLAINT

City of Minneapolis,

        Defendant.

The parties filed a stipulation of dismissal of the Complaint with prejudice as to the remaining Defendant City of Minneapolis.

Based upon all the files, records and proceedings herein, IT IS HEREBY ORDERED that the Complaint shall be DISMISSED WITH PREJUDICE, each party bearing its own attorney fees, costs, and disbursements.

LET JUDGMENT BE ENTERED ACCORDINGLY.

BY THE COURT:

Dated: December 19, 2017        s/Ann D. Montgomery
Honorable Ann D. Montgomery
United States District Judge